**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| WARNER BROS. ENTERTAINMENT INC.,<br><br>Plaintiff,<br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>Defendants. | Case No. 26-cv-08714<br><br>**Judge Elaine E. Bucklo**<br><br>**Magistrate Judge Albert Berry, III** |

**AGREED MOTION FOR ENTRY OF A**
**CONSENT JUDGMENT AS TO CERTAIN DEFENDANTS**

Plaintiff Warner Bros. Entertainment Inc. ("WBEI" or "Plaintiff") filed a Complaint against Defendants DIGI2CART (Defendant No. 32) and QTH (Defendant No. 38) ("Defendants") on July 22, 2026. WBEI and Defendants have resolved all claims arising from the allegations in the Complaint and have agreed to entry of the proposed Consent Judgment. As such, WBEI moves this Honorable Court for the entry of a Consent Judgment. A copy of the proposed Consent Judgment will be submitted to Proposed_Order_Bucklo@ilnd.uscourts.gov.

Dated this 20th day of August 2026.

Respectfully submitted,

/s/ Martin F. Trainor
Martin F. Trainor
Alexander Whang
Victor B. Chahin
TME Law, P.C.
10 S. Riverside Plaza
Suite 875
Chicago, Illinois 60606
708.475.1127
martin@tme-law.com
alexander@tme-law.com
victor@tme-law.com

*Counsel for Plaintiff Warner Bros. Entertainment Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of August 2026, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send a "Notice of Electronic Filing" to the parties of record in this case.

/s/ Martin F. Trainor
Martin F. Trainor
Alexander Whang
Victor B. Chahin
TME Law, P.C.
10 S. Riverside Plaza
Suite 875
Chicago, Illinois 60606
708.475.1127
martin@tme-law.com
alexander@tme-law.com
victor@tme-law.com

*Counsel for Plaintiff Warner Bros. Entertainment Inc.*